# CALCAGNO & ASSOCIATES
ATTORNEYS AT LAW, LLC
*Spencer Savings Bank Building*
213 South Avenue East
Cranford, New Jersey 07016

ANDREW JOHN CALCAGNO
NY, NJ, PA & DC BARS

OF COUNSEL - NY
ALAN M. MCLAUGHLIN
JAMES M. O'DONNELL
ROSEMARY O'DONNELL

OF COUNSEL - NJ
CRAIG A. HORGRN

Telephone: (908) 272-7300
Facsimile: (908) 272-5577
*www.nynjlaw.net*

Please Reply To The Cranford, New Jersey Office

February 22, 2008


RECEIVED CHAMBERS OF
[stamp] 2014
JUDGE SCHEINDLIN

**VIA FACSIMILE (212) 805-7920**
Honorable Shira A. Scheindlin, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Commercial Health Care Fund v. The Kosher Emporium of Merrick, Inc. a/k/a Kosher Emporium
Case No. 07-cv-11094 (SAS)(DFE)

Dear Judge Scheindlin:

We represent Petitioner, Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Commercial Health Care Fund, in connection with the above-referenced action. Last week, Your Honor extended our time to file a default judgment against the Respondent by today; however, we still have not received the Affidavit of Service from our process server. We are unable to file the default judgment without the Affidavit of Service. We contacted the process server again, who informed me that they would be sending out a new Affidavit of Service. We gave them our Federal Express account number in order to expedite the mailing.

Based upon the foregoing, we respectfully request a one (1) week extension until Friday, February 29, 2008 to file our default judgment papers.

Thank you for Your Honor's time and attention to this matter.

*[handwritten: Request granted. Plaintiff's time to move for a default extended to 2/29/08]*

AJC/nem

Respectfully submitted,

ANDREW JOHN CALCAGNO

*[handwritten: So Ordered, USDJ 2/22/08]*

| 30 Vesey Street | 3148 E. Tremont Ave. | 404 Manor Road | 185 Montague Street |
|---|---|---|---|
| 16th Floor | 2nd Floor | 1st Floor | Penthouse |
| NY, NY 10016 | Bronx, NY 10461 | S.I., NY 10314 | Brooklyn, NY 11201 |
| (718) 815-0200 | (718) 815-0200 | (718) 815-0200 | (718) 815-0200 |