|   |   |
|---|---|
| COUNTY OF | INDEX NO: 07CV11094 |
| UNITED STATES DISTRICT COURT | FILED ON: |
|   | DISTRICT: Southern/NY |

Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Health Care Fund

Plaintiff(s)

vs

The Kosher Emporium of Merrick, Inc. a/k/a Kosher Emporium

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

__Stephen L. Collen__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __January 3, 2008__, at __10:05 am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed __Summons in a Civil Case, Civil Cover Sheet, Rule 7.1 Statement, and Petition to Confirm Arbitration Award__, on

__The Kosher Emporium of Merrick, Inc.__

Defendant in this action, by delivering to and leaving with __Mary Beth Huyck__, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section __306 Business Corporation Law__.

☐ Service was completed by mailing notice of such service and one (1) true copy thereof by ☐ Registered or ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____ to said defendant at: _____

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant. Description of the person served: Approx. Age: __36 years__  Approx. weight: __125 lbs.__  Approx. Ht.: __5' 3"__  Sex: __Female__  Color of skin: __White__  Color of hair: __Blonde__  Other: _____

Sworn to before me on __January 3, 2008__

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

Stephen L. Collen

Invoice-Work Order # 0710528